ACCEPTED
03-14-00740-CR
4950912
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/20/2015 12:16:43 PM
JEFFREY D. KYLE
CLERK

## No.   03-14-00740-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE THIRD JUDICIAL** |
| | | **DISTRICT** |
| | § | |
| **v.** | § | **COURT OF APPEALS** |
| | § | |
| **ARMANDO OCHOA** | § | **AT AUSTIN, TEXAS** |

3rd COURT OF APPEALS
AUSTIN, TEXAS
4/20/2015 12:16:43 PM
JEFFREY D. KYLE
Clerk

### APPELLANT'S RESPONSE TO LATE BRIEF NOTICE
### AND  MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes ARMANDO OCHOA, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time of 30 days to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 299TH   Judicial District Court of Travis County, Texas.  The case below was styled the *State of Texas v.  Armando Ochoa*, numbered D-1-DC- 14 - 202835.

2.      Appellant was convicted of the offense  of Assault – Family Violence he received a sentence of   14 years.  He is currently incarcerated. April 9, 2015 and is overdue.

4.      Appellant requests a 30 - day extension of time from the present date to

1

file the brief. He has received no previous extensions on these cases.

5. Appellant relies on the following facts as good cause for the requested extension. In addition to the present case, the undersigned counsel has been working on the following appellate and post-conviction cases which have interfered with his preparation of the present case:

      a. *Randy Halprin v. William Stephens* – counsel has been to a federal post-conviction writ from a capital case and has been assiduously attempting to obtain and review the appellate record in order to prepare a response to the State's Answer.

      b. *State of Texas v. Antonio Martinez* – brief filed in this Court on March 23, 2015.

6. In the present case, counsel has completed his review of the appellate record and is researching and evaluating potential issues to raise in the brief. For this reason, counsel seeks an extension of time in order to adequately fulfill his obligations under the 6th and 14th Amendments to the United States Constitution.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief for 30 additional days form the filing of this motion, and for such other and further relief as the Court may deem appropriate.

2

Respectfully submitted,

Law Office of Alexander L. Calhoun
4301 W. William Cannon Dr., B-150, # 260
Austin, TX 78749
Tele: 512/ 420- 8850
Fax: 512/ 233-5946
Cell: 512/731-3159
Email: alcalhoun@earthlink.net


BY:__/s/ _Alexander L. Calhoun_____
   Alexander L. Calhoun
   State Bar No.: 00787187


## CERTIFICATE OF SERVICE

This is to certify that on April 20, 2015, a true and correct copy of the above and foregoing document was served by U.S. Mail on the State at the following address:


Travis County District Attorney's Office
P.O. Box 1748
Austin, TX 78767


     /s/ _Alexander L. Calhoun_____
     Alexander L. Calhoun